# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANTON CAMPBELL GRIFFIN,

    Plaintiff,

v.

CITY OF LAKE ELSINORE, *et al.*,

    Defendants.

Case No. 2:17-CV-00730-KJD-VCF

**ORDER**

    Presently before the Court are Plaintiff's post-judgment motions (#44/45/46). Defendants filed responses in opposition (#47/48) to which Plaintiff replied (#49/50). The Court dismissed this action for lack of personal jurisdiction and improper venue on June 28, 2017 and judgment was entered on June 29, 2017. Plaintiff's motions contain no grounds for disturbing the judgment, transferring venue, staying this closed case, or vacating any previous ruling. Accordingly, the motions are **DENIED**.

    DATED this 23RD day of August 2017.

_____
Kent J. Dawson
United States District Judge